UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| IVA MAE ALLEN, ) | Case No. 10-40857-659 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL ) | **Adversary No. 14-4010-659** |
| TRUST COMPANY, ) | |
| ) | |
| Plaintiff, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| LOM PROPERTY CORP. *et. al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** LOM Properties Corp.'s Motion for Summary Judgement is **GRANTED** and judgement is entered in favor of Defendant, LOM Property Corp. and against Plaintiff, Deutsche Bank National Trust Company and title is quieted in favor of LOM Property Corp. and therefore LOM Property Corp. cannot be enjoined from foreclosing on the Property; and

**IT IS FURTHER ORDERED THAT** this is the final judgement and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: October 15, 2014
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

LOM Property Corp.
22287 Mulholland Highway
Suite 359
Calabasas, CA 91302

Iva M. Allen
6155 Westminister Pl.
St. Louis, MO 63112

Grant Joseph Mabie
Sauerwein Simon P.C.
147 North Meramec Avenue
Clayton, MO 63105

Jennifer M. West
South & Associates, P.C.
800 Market Street
Suite 1660
St. Louis, MO 63101